# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY ROBERTSON, )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>SHELBY COUNTY, MR. MICHAEL )<br>JOHNSON, in his individual and official )<br>capacity, GAVIN SMITH, in his individual )<br>and official capacity, JOHN DOES (1–5), in )<br>their individual and official capacities, and )<br>ESTATE OF MICHAEL JOHNSON, by and )<br>through Kevin Childress, Administrator ad )<br>Litem. )<br> )<br>   Defendants. ) | No. 2:24-cv-03014-TLP-atc |

## ORDER TO SHOW CAUSE

On August 26, 2025, Defendant Gavin Smith moved to dismiss. (ECF No. 57.) And Defendant Estate of Michael Johnson moved to dismiss on October 1, 2025. (ECF No. 62.) Plaintiff failed to respond to either motion. So the Court **ORDERS** Plaintiff to show cause by Monday, January 26, 2026, as to why the Court should not grant these motions. If Plaintiff fails to abide by this Order, the Court may dismiss the claims against Defendants Gavin Smith and Estate of Michael Johnson with prejudice for failure to prosecute.

**SO ORDERED**, this 12th day of January, 2026.

                                               s/ Thomas L. Parker
                                               THOMAS L. PARKER
                                               UNITED STATES DISTRICT JUDGE