# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MR. ANTHONY ROBERTSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHELBY COUNTY, GAVIN SMITH, in )<br>his individual and official capacity, JOHN )<br>DOES (1–5), in their individual and official )<br>capacities, and ESTATE OF MICHAEL )<br>JOHNSON, by and through Kevin )<br>Childress, Administrator ad Litem. )<br>)<br>    Defendants. ) | No. 2:24-cv-03014-TLP-atc<br><br>JURY DEMAND |

## JUDGMENT AS TO GAVIN SMITH ONLY

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on December 19, 2024. (ECF No. 1.) In accordance with the Order Granting Defendant Gavin Smith's Motion to Dismiss (ECF No. 79), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE** as to Gavin Smith only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 9, 2026
Date